IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
WICHITA DIVISION

| | | |
|---|---|---|
| JACOB WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  09-1407-EFM-DWB |
| | ) | |
| UNION PACIFIC RAILROAD | ) | FELA - PERSONAL INJURY |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Comes now Plaintiff Jacob White, by and through his attorneys, SCHLICHTER,

BOGARD AND DENTON; and MORRIS LAING, and for his Complaint against Defendant

Union Pacific Railroad Company, states as follows:

1.     At all times mentioned herein and pertinent hereto, Plaintiff has been and

continues to be a resident of Hutchinson, Kansas, within this judicial division.

2.     At all times mentioned herein, the defendant, Union Pacific Railroad Company,

was and is a railroad corporation organized and existing under the law, doing business in the

State of Kansas, including within the Wichita Division of this District Court.

3.     At all times mentioned herein and pertinent hereto defendant, Union Pacific

Railroad Company was a common carrier by railroad engaged in interstate commerce through

and between several states, and Plaintiff was at the time of the injuries mentioned herein

employed in the furtherance of the Defendant's interstate commerce.

4.     This action arises under the provisions of Title 45 of the United States Code,

commonly known as the Federal Employers' Liability Act, Sections 50-61.

5.      On or about late April 2007, plaintiff was employed by defendant, Union Pacific Railroad Company as a Conductor in several states, including the State of Kansas.

6.      On the aforesaid date, in defendant's 18th Street Yard, plaintiff was caused to sustain injuries, while in the performance of his duties, by one or more of the following negligent acts or omissions of the defendant, its agents, servants, and/or employees:

a.      It failed to provide Plaintiff with a reasonably safe place to work;

b.      It failed to provide adequate equipment to perform his job;

c.      It failed to provide adequate assistance to perform his job;

d.      It failed to provide reasonably safe conditions for work; and

e.      It failed to provide reasonably safe methods with which to work.

7.      As a result, in whole or in part, of one or more of the foregoing negligent acts or omissions, the Plaintiff suffered permanent injuries to his right hip; he has sustained injuries to the soft tissues, ligaments, tendons, muscles, blood vessels and nerves of his right hip; he has sustained bruising, straining and scarring of the soft tissues, ligaments, tendons, muscles, blood vessels and nerves of his right hip; and has been caused to suffer severe pain, discomfort, and disfigurement; and will continue to suffer severe pain, discomfort, and disfigurement; he has sought and received medical care and attention, including a femoral osteoplasty surgery, and will continue to receive medical care and attention; he has suffered psychological and emotional injury, mental anguish and anxiety and will continue to suffer psychological and emotional injury, mental anguish and anxiety in the future; he has incurred medical expenses and will continue to incur medical expenses; he has lost wages, earning capacity and benefits and will continue to lose wages, earning capacity and benefits; all to his damage.

8.      Plaintiff has received medical treatment for his injuries in Wichita and Hutchinson

within the State of Kansas.

WHEREFORE, Plaintiff Jacob White, prays for judgment against the Defendant Union

Pacific Railroad Company, which is fair and reasonable, which sum is in excess of $75,000, plus

costs of suit incurred herein.

**PLAINTIFF HEREBY REQUESTS PURSUANT TO COURT RULES THAT**
**THE CASE BE TRIED BEFORE THE WICHITA DIVISION.**


SCHLICHTER, BOGARD & DENTON                     MORRIS LAING

NELSON G. WOLFF Mo.Bar #40796 phv pend.         JOHN W. JOHNSON #07684
PATRICK K. BADER Mo Bar #62034 phv pend.        300 N. Mead, Suite 200
100 South Fourth Street, Suite 900              Wichita, KS 67202-2745
St. Louis, Missouri 63102                       (316) 262-2671
(314) 621-6115                                  (316) 262-6226 (fax)
(314) 621-7151 (fax)                            jjohnson@morrislaing.com
nwolff@uselaws.com
pbader@uselaws.com
                        ATTORNEYS FOR PLAINTIFF


PLAINTIFF DEMANDS TRIAL BY JURY

**PLAINTIFF'S COUNSEL TO EFFECT SERVICE**